```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                             CRIMINAL ACTION NO. 2:09-00137-03

MARK ANTHONY CANTRELL

## O R D E R

Counsel for the United States, Hunter P. Smith, Jr., Assistant United States Attorney, and counsel for the defendant, Mark L. French, having advised the court that the hearing scheduled for December 20, 2010, on pre-trial motions need not be conducted for the reason that the parties have apparently resolved the issues arising thereon, it is ORDERED that the hearing on pre-trial motions be, and the same hereby is, continued generally.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department and the United States Marshal.

DATED:  December 2, 2010

John T. Copenhaver, Jr.
United States District Judge