# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 2/28/2011                                                                 Case Number 2:09-cr-137
Case Style: USA vs. Mark Cantrell
Type of hearing Plea
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                                  Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government Hunter P. Smith, Jr./Larry R. Ellis


Attorney(s) for the Defendant(s) Mark L. French


Law Clerk                                                                       Probation Officer Jeff Gwinn

## Trial Time


## Non-Trial Time

Plea Hearing


## Court Time

9:36 am   to 9:50 am
10:00 am  to 10:45 am
Total Court Time: 0 Hours 59 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

9:30 case set

9:36 - case called - purpose of hearing for defendant to enter plea to Count 31 of the third superseding indictment pursuant to plea agreement - defendant understands

Court inquired as to the aiding and abetting charge and the factual basis in connection therewith

9:50 Recess

10:00 Resume

Parties prepared to proceed under the theory that the defendant caused the violation under Section 2

Defendant sworn - gave personal information

Court read Count Thirty-One - defendant understands
Court gave elements - defendant understands

Court explained constitutional rights, maximum penalties, supervised release, additional term, advisory sentencing guidelines,

## District Judge Daybook Entry

relevant conduct

Guilty plea received and filed

Defendant gave factual basis

Court finds factual basis, accepts plea and adjudges defendant guilty

Directs PSI - sentencing set for June 1, 2011, at 1:30 pm

Bond - defendant to remain on bond - electronic monitoring requirement is removed

10:45 concluded