## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                       **CRIMINAL ACTION NO.:  2:09-CR-00137**

**MARK CANTRELL,**

    **Defendant.**

### MOTION TO CONTINUE SENTENCING HEARING

The sentencing hearing in this matter is currently set for June 1, 2011, beginning at 1:30 p.m.  The Defendant's full work schedule has delayed the presentence interview and presentence investigation report, and therefore more time is required to prepare the Presentence Investigation Interview and to further prepare for the sentencing hearing.

The Defendant respectfully requests that the sentencing hearing, currently scheduled for June 1, 2011, be continued at approximately thirty (30) days to allow additional time to prepare.

WHREFORE, based upon the above stated, the Defendant respectfully requests this Court continue the sentencing hearing, currently scheduled for June 1, 2011 for approximately thirty (30) days to a future date convenient for all parites and counsel, along with all other and further relief this Honorable Court deems just and proper.  .

                                                           **MARK CANTRELL**
                                                           By counsel

 /s Mark L. French
Mark L. French, Esquire
CRISWELL & FRENCH, PLLC
405 Capitol Street, Suite 1007
Charleston, WV  25301
W. Va. Bar ID No.: 9061

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                     **CRIMINAL ACTION NO.: 2:09-CR-00137**

**MARK CANTRELL,**

    **Defendant.**

## CERTIFICATE OF SERVICE

    I, Mark L. French, Esquire, do hereby certify that a true copy of the foregoing "***Motion to Continue Sentencing Hearing***" has been electronically filed and service has been made by virtue of such electronic filing upon:

Hunter P. Smith, AUSA
300 Virginia Street, East Rm 4000
Charleston, WV 25301

This the 2nd day of May, 2011.

                                                 **MARK CANTRELL**
                                                 By counsel

/s Mark L. French          .
Mark L. French, Esquire
Criswell & French, PLLC
405 Capitol Street, Suite 1007
Charleston, WV 25301
W. Va. Bar ID No.: 9061