```
             UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**UNITED STATES OF AMERICA**

**v.**                             **CRIMINAL ACTION NO. 2:09-00137**

**MARK CANTRELL**

<u>O R D E R</u>

Upon the defendant's Motion to Continue Sentencing Hearing, filed by his counsel, Mark L. French, on May 2, 2011, wherein defendant requests that the sentencing hearing currently scheduled for June 1, 2011, be continued for a period of 30 days inasmuch as more time is required for the probation department to prepare the presentence report and for counsel to further prepare for the sentencing hearing; and the United States, by counsel, Hunter P. Smith, Jr., Assistant United States Attorney, having no objection as set forth in the Response of the United States to Defendant's Motion to Continue Sentencing, filed on May 4, 2011; it is ORDERED that the sentencing hearing be, and it hereby is, continued to 1:30 p.m. on June 29, 2011.

It is further ORDERED that the probation department shall disclose the presentence report to the defendant and to counsel by June 1, 2011; counsel shall communicate to the Probation Department by June 15, 2011, any objections to the presentence report; and the presentence report, together with an addendum setting forth any unresolved objections, shall be submitted to the court by June 22, 2011.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department and the United States Marshal.

DATED:  May 23, 2011

John T. Copenhaver, Jr.
United States District Judge