```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 2:09-00137-03

**MARK ANTHONY CANTRELL**

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On April 13, 2016, the United States of America appeared by Eric P. Bacaj, Assistant United States Attorney, and the defendant, Mark Anthony Cantrell, appeared in person and by his counsel, Rachel E. Zimarowski, Assistant Federal Public Defender, for a hearing on the petition on supervised release and amendment thereto submitted by United States Probation Officer Jeffrey D. Bella.  The defendant commenced a one-year term of supervised release in this action on December 31, 2015, as more fully set forth in the Probation Revocation and Judgment Order entered by the court on August 11, 2015.

The court heard the admissions of the defendant and the representations and argument of counsel.

**For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects:  (1) the defendant failed to report to the probation office as directed within seventy-two hours of his release from custody inasmuch as he was released on December 31, 2015, and as of the filing of the petition on January 14, 2016, he had not reported as directed and he failed to report on any date thereafter, rendering his whereabouts unknown until his arrest on March 9, 2016; and (2) the defendant committed the state and local offense of possession of a controlled substance as evidenced by his plea of guilty entered on March 8, 2016, at which time he was assessed a $300 fine and court costs; all as admitted by the defendant and all as set forth in the petition on supervised release and amendment thereto.**

**And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously**

imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of SIX (6) MONTHS.  Restitution is hereby reimposed in the amount of $30,441.

The defendant was remanded to the custody of the United States Marshal.

<u>Recommendation</u>:  The court recommends that the defendant be designated to an institution as close to Alum Creek, West Virginia, as feasible.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: April 15, 2016

John T. Copenhaver, Jr.
United States District Judge